UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES,

v.

ROGERIO CHAVES SCOTTON,
_____/

CASE NO: 1260049-MORENO

FILED by ___ D.C.

DEC 29 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**MOVANT'S ANTICIPATED MOTION FOR LEAVE TO FILE HIS REPLY TO GOVERNMENT'S RESPONSE TO MOVANT 18 U.S.C § 3582(c) MOTION, AND REQUEST FOR A THIRTY (30) DAYS EXTENSION OF TIME TO FILE MOVANT'S RELY.**

Come now movant Rogerio Chaves Scotton, by and through prose, respectfully moves this honorable court for leave to file his reply to government's response to movant 18 U.S.C. § 3582(c)(2) motion, and request for a thirty (30) days extention of time to file movant's reply.

Concomitant to this motion, movant is filing a prose 18 U.S.C. § 3582(c)(2) motion, in which he raise a ground for relief of his due process and constitutional rights as well as established federal laws. By contrast, the government might argue the opposite; Hence movant will need to counter any allegation or disputed facts raised in the government's response to underming movant's valid claim, and to any new matter the government may raise not fully addressed by movant. Any issue by government could set forth issues that movant did not address in his filing,

1

and will warrant a response in order to present the court with a complete understanding of the issue at bar and the law applicable in this case. See BERGER v. UNITED STATES, 37 F. Supp 2d 116, 118 (D.P.R. 1999), aff'd , 2000 WL 147595 (1st cir. 2000)(petitioner filed brief in rely to the government's response to petitioner's section 2255 motion); REYES MERCADO v. UNITED STATES, 962, F. Supp. 12, 13 (D.P.R. 1997)(same); VELENCIA LUCERA v. UNITED STATES, 933 F. Supp. 129, 130 (D.P.R. 1996)(same); LOPEZ v. UNITED STATES, 857 F. Supp. 1000, 1001 ( D.P.R. 1994), judgment aff'd, 47 F.3d 1156 (1st cir. 1995)(same).

Wherefore, in the interest of justice and the equitable application of the law, movant Scotton respectfully moves this court to grant this motion, and give movant thirty (30) days extension of time to file his reply, after the government has served upon movant, at his place of confinement, with a copy of the government's response to movant motion to reduce sentence pursuant 18 U.S.C. § 3582(c)(2).

Respectfully Submitted,

ROGERIO CHAVES SCOTTON
REG NO: 99370-004
D. RAY JAMES C.I.
P.O. BOX 2000
FOLKSTON GA 31537

## PROOF OF SERVICE

I Rogerio Chaves Scotton, do certify that this December 23, 2015, I have served the attached motion to leave to reply that is under the movant constitutional rights on the Southern District of Florida in the above proceeding. I have served such motion via United States Postal service (USPS) first-class mail, through D. Ray James C.I. legal mail service.

ROGERIO CHAVES SCOTTON
REG NO: 99370-004
D. RAY JAMES C.I.
P.O. BOX 2000
FOLKSTON GA 31537



ROGERIO CHAVES SCOTTON
REG NO: 99370-004
D. RAY JAMES C.I.
P.O. BOX 2000
FOLKSTON GA 31537

JACKSONVILLE FL 320
24 DEC 2015 PM 3 L

USMS
INSPECTED
RECEIVED

D. Ray James Prison
Hwy 252 - P.O. Box 2000 - Folkston, GA 31537
"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility/center has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return enclosure to the above address."

TO: UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CLERK OFFICE ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128

LEGAL MAIL!

DEC 23 2015