UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES,

v.

ROGERIO CHAVES SCOTTON,
_____/

CASE NO: 1260049



MOTION TO STAY SENTENCE FINE PURSUANT
TO RULE 38(c) FOR A CAUSE.

The petitioner Rogerio Chaves Scotton hereby prose moves this honorable court in order to stay sentence fine pursuant rule 38(c). In support of his motion, petitioner's states that:

1. Petitioner Scotton has been sentenced by the court and order to pay $2,900.00 in fine for each count of the information at bar.

2. Subsequently of the sentencing, petitioner filed a notice of appeal, in which the appeal is pending in the Eleventh Circuit of Appeals, [see appeal no: 14-228-AA].

3. Under rule 38(c), if defendant appeal his criminal case, the district court may stay the sentence to pay a fine or a fine and coast.

1

4. During the course of this case petitioner was declare indigent due that he has been incarcerated a long period.

5. Petitioner is hereby requesting the court to enter a order to stay the sentence fine and he is currently in his direct appeal and the only funds he has been give by his family is in order fro him to have communication with his ill mother and for postal services.

The institution D. Ray James has and continue to withdrawn funds from petitioner jail account, so by them, continue to limited petitioner form communication with his family and access the courts.

Therefore, petitioner requested this court to enter a order to stay to pay court fine pursuant rule 38(c) while the appeal still pending.

Respectfully Submitted,

ROGERIO CHAVES SCOTTON
REG NO: 99370-004
D. RAY JAMES C.I.
P.O. BOX 2000
FOLKSTON GA 31537

## PROOF OF SERVICE

       I Rogerio Chaves Scotton do certify that this December 28, 2015, I have served the attached motion to stay sentence fine, that is under the petitioner constitutional rights on the Southern District of Florida in the above proceeding. I have served such motion via United States Postal Service (USPS) first-class mail, through D. Ray James C.I. legal mail service.

*[signature]*
ROGERIO CHAVES SCOTTON
REG NO: 99370-004
P.O. BOX 2000
FOLKSTON GA 31537



ROGERIO. CHAVES SCOTTON
REG NO; 99370-004
D. RAY JAMES C.I.
P.O. BOX 2000
FOLKSTON GA 31537

JACKSONVILLE FL 320

**USMS INSPECTED**

**RECEIVED**

28 DEC 2015 PM 2 L

TO: UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CLERK OFFICE ROOM 8N09
400 NOTHR MIAMI AVENUE
MIAMI FL 33128

D. Ray James Prison
Hwy 252 - P.O. Box 2000 - Folkston, GA 31537
"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility/center has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return enclosure to the above address."

DEC 28 2015